**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**LOUIS CONWAY,**

**Plaintiff,**

**v.** **Case No. 1:26-cv-205-AW-HTC**

**JASMINE LECOUNT MCCLANAHAN, et al.,**

**Defendants.**

______________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having considered the matter, I now adopt the report and recommendation (ECF No. 4), to which there has been no objection. I incorporate the report and recommendation into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice as malicious." The clerk will then close the file.

SO ORDERED on October 1, 2026.

s/ *Allen Winsor*
Chief United States District Judge